**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES--GENERAL**

Case No. **5:26-cv-05193-DTB** Date: **October 9, 2026**

Title: **Karen Gutierrez v. Continental Western Insurance Company, et al**

=============================================================

**DOCKET ENTRY**

=============================================================

PRESENT:

**HON. DAVID T. BRISTOW, MAGISTRATE JUDGE**

| | |
|---|---|
| Rebecca Camacho | n/a |
| Deputy Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT(S): |
|---|---|
| None present | None present |

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE**

On October 7, 2026, the parties filed a Stipulation to Extend Time to Respond to Initial Complaint ("Stipulation"). (Docket No. 11). In the Stipulation, the parties agree to extend the time within which Defendant may respond to the Complaint by 30 days and note that Defendant was served on September 22, 2026. (Stipulation at 1-2). The Court notes that Defendant has been served with the Complaint however, a proof of service has not been filed.

Pursuant to Central District of California Local Rule 4-6, Plaintiff must file a proof of service within 14 days of service of the Summons and Complaint. Failure to file a proof of service timely may result in the imposition of sanctions against the Plaintiff, including but not limited to the dismissal of the defendant that was the subject of the proof of service. Without a proof of service on the docket, the Court is disinclined to consider the Stipulation.

Accordingly, the Court, on its own motion, orders Plaintiff to show cause in writing **no later than seven days from the date of this Order** why this action should not be dismissed for failure to comply with the Central District of California Local Rule 4-6.

No oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of a written response.

 Initials of Deputy Clerk rec

**Plaintiff is expressly warned that failure to timely file a response to this Order will result in this action being dismissed without prejudice for failure to prosecute and comply with court orders. See Fed. R. Civ. P. 41(b).**

**IT IS SO ORDERED.**